ORIGINAL

**FILED**

10/18/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0396

## IN THE SUPREME COURT OF THE STATE OF MONTANA

### DA 24-0396

IN RE MARRIAGE OF:

CLINTON ANDERSON,

Petitioner and Appellee,

and

ANGELINA ROSE RUFFATTO,

Respondent and Appellant.

**FILED**

OCT 1 8 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Angelina Rose Ruffatto moves this Court for an extension of time to file an opening brief because she has recently lost her files, computer, and other belongings in a structure fire of her residence. Ruffatto states that her opening brief was due on October 21, 2024. She provides that there is no objection to her motion.

For good cause shown, therefore,

IT IS ORDERED THAT Ruffatto's Motion for Extension of Time is GRANTED and Ruffatto shall prepare, file, and serve her opening brief on or before Friday, December 20, 2024.

The Clerk is directed to provide copies of this Order to counsel of record and to Angelina Rose Ruffatto.

DATED this ___ day of October, 2024.

For the Court,

By _____
Chief Justice